# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SHEILA S. PHILLIPS, | CASE NO.  5:10-cv-2651 |
| Plaintiff, | |
| | MAGISTRATE JUDGE |
| v. | VECCHIARELLI |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant. | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is AFFIRMED and judgment is entered in favor of the Commissioner.

**IT IS SO ORDERED**.

s/ *Nancy A. Vecchiarelli*
U.S. Magistrate Judge

Date:  November 14, 2011